UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBET HEIZELMAN,<br><br>　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>CHASE BANK,<br><br>　　　　　　　　　　　Defendant. | Case No.: 22-cv-1676-GPC-AHG<br><br>**ORDER DISMISSING CIVIL ACTION FOR FAILING TO STATE A CLAIM AND FOR FAILING TO PROSECUTE IN COMPLIANCE WITH COURT ORDER REQUIRING AMENDMENT** |

　　　On February 9, 2023, the Court granted Plaintiff's motion to proceed in forma pauperis and sua sponte dismissed Plaintiff's Complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). ECF No. 4. The Court directed Plaintiff to file an amended complaint on or before March 17, 2023. *Id.* Four months have passed since dismissal and nearly three months have passed since Plaintiff's amended complaint was due. To date, Plaintiff has not filed an amended complaint nor sought an extension of time to file one. *See Edwards v. Marin Park*, 356 F.3d 1058, 1065 (9th Cir. 2004) ("The failure of the plaintiff eventually to respond to the court's ultimatum—either by amending the complaint or indicating to the court that [he] will not do so—is properly met with the sanction of a Rule 41(b) dismissal.").

1  Accordingly, the Court **DISMISSES** this civil action in its entirety without further
2 leave to amend based on Plaintiff's failure to state a claim upon which relief can be
3 granted and his failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).
4 The Court **DIRECTS** the Clerk of Court to enter final judgment of dismissal and to close
5 the file.
6  **IT IS SO ORDERED.**
7 Dated:  June 12, 2023

Hon. Gonzalo P. Curiel
United States District Judge